Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Michael J. Ellis
Nowles H. Heinrich
Assistant United States Attorneys
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 06, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    v.<br><br>BRYON WOKAL,<br><br>         Defendant. | Case No.:  2:24-CR-32-SAB-1<br><br>INDICTMENT<br><br>Vios: 18 U.S.C. § 1951(a)<br>Robbery Affecting Commerce<br>(Count 1)<br><br>18 U.S.C. § 924(c)(1)(A)(ii)<br>Brandishing a Firearm During a Crime of Violence<br>(Count 2)<br><br>18 U.S.C. 981(a)(1)(C), 18 U.S.C. § 924(d)(1); 28 U.S.C. § 2461<br>Forfeiture Allegations |

The Grand Jury charges:

### COUNT 1

On or about January 2, 2024, in the Eastern District of Washington, the Defendant, BRYON WOKAL, did unlawfully obstruct, delay, and affect commerce, and the movement of articles and commodities in such commerce, by

INDICTMENT – 1

robbery, to wit: the Defendant did unlawfully take and obtain personal property, to wit: U.S. Currency belonging to the Kalispel Market, from C.S., an employee of the Kalispel Market, in C.S.'s presence and against C.S.'s will, by means of actual and threatened force, violence, and fear of injury, immediate and future, to C.S.'s person, all in violation of 18 U.S.C. § 1951(a).

## COUNT 2

On or about January 2, 2024, in the Eastern District of Washington, the Defendant, BRYON WOKAL, did knowingly use, carry, and brandish a firearm during and in relation to a crime of violence for which the Defendant may be prosecuted in a court of the United States, namely, Robbery Affecting Commerce, as charged in Count 1 of this Indictment, in violation of 18 U.S.C. § 924(c)(1)(A)(ii).

## NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations set forth in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), upon conviction of a violation of 18 U.S.C. § 1951(a), as set forth in Count 1 of this Indictment, the Defendant, BRYON WOKAL, shall forfeit to the United States of America, any property, real or personal, which constitutes or is derived from proceeds traceable to the offense.

If any of the property described above, as a result of any act or omission of the Defendant:

    a.    cannot be located upon the exercise of due diligence;
    b.    has been transferred or sold to, or deposited with, a third party;
    c.    has been placed beyond the jurisdiction of the court;
    d.    has been substantially diminished in value; or

INDICTMENT – 2

e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), upon conviction of an offense in violation of 18 U.S.C. § 924(c)(1)(A)(ii), as set forth in Count 2, the Defendant, BRYON WOKAL, shall forfeit to the United States of America any firearm or ammunition involved or used in the commission of the offense.

DATED this 5th day of March, 2024.

A TRUE BILL

*Vanessa Waldref*
Vanessa R. Waldref
United States Attorney

*Michael Ellis*
Michael J. Ellis
Assistant United States Attorney

*Nowles H.*
Nowles H. Heinrich
Assistant United States Attorney

INDICTMENT – 3